IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O' NEAL,
Deceased, BARBARA O' NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.                                          Cause No. 1:18-cv-01077-KG-JFR

JUST IN TIME CARGO INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,
and JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSCHE POST DHL and DHL INTERNATIONAL
GmbH,

    Defendants.

## AMENDED ORDER GRANTING DEFENDANTS JUST IN TIME CARGO INC. AND LUCAS RICHARD FODOR'S UNOPPOSED MOTION TO CONSOLIDATE CASES

THIS MATTER having come before the Court on Defendants Just in Time Cargo Inc. and Lucas Richard Fodor's Unopposed Motion to Consolidate the above referenced cases, and the Court finding that the Motion to Consolidate is well taken, and is unopposed, now hereby ORDERS that the matter entitled *Leon Hunt as Personal Representative of Estate of John Paul O' Neal, et al. v. Just In Time Cargo Inc., et al* (1:18-cv-01077-KG-JFR) be consolidated with the matter entitled *D. Maria Schmidt as Personal Representative of Estate of John Paul O' Neal, Deceased v. Just In Time Cargo Inc., et al* (1:19-cv-01067-JCH-LF) and both matters shall henceforth proceed as a consolidated action before the Hon. John F. Robbenhaar and the Hon. Kenneth J. Gonzales.

A copy of this Order SHALL be filed in both cases and thereafter all pleadings and documents SHALL be filed under Cause # 1:18-cv-01077-KG-JFR with the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Leon Hunt as Personal Representative of
ESTATE OF JOHN PAUL O' NEAL,
Deceased, BARBARA O' NEAL, and
JEFFREY SHAYNE GOTREAUX,

    Plaintiffs,

vs.                                                     Cause No. 1:18-cv-01077-KG-JFR

JUST IN TIME CARGO INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,
and JAMES YARROW, GLOBAL MAIL, INC.,
DEUTSCHE POST DHL and DHL INTERNATIONAL
GmbH,

    Defendants.

-CONSOLIDATED WITH-

D. Maria Schmidt as Personal Representative
of ESTATE OF JOHN PAUL O' NEAL, Deceased,

    Plaintiff,

vs.                                                     Cause No. 1:19-cv-01067-KG-JFR

JUST IN TIME CARGO INC, a California
Corporation, Individually and d/b/a JITC, and
LUCAS RICHARD FODOR, an Individual,

    Defendants.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

BUTT THORNTON & BAEHR PC

By */s/ Jay J. Athey*
Raúl P. Sedillo
Jay J. Athey
PO Box 3170
Albuquerque, NM 87190-3170
Telephone:    (505) 884-0777
rpsedillo@btblaw.com
jjathey@btblaw.com
*Attorneys for Defendants*
*Just In Time Cargo Inc. and Lucas Richard Fodor*


APPROVED BY:

FERGUSON LAW FIRM

By *Electronically approved 1/9/20*
Paul "Chip" Ferguson, Esq.
Jane S. Leger, Esq.
Edison Plaza
350 Pine St Ste 1440
Beaumont, TX  77701-2441
Telephone: (409) 832-9700
Facsimile: (409) 832-9708
cferguson@thefergusonlawfirm.com
jleger@thefergusonlawfirm.com

-and-

David J. Jaramillo, Esq.
JARAMILLO LAW FIRM, PC
505 Roma Avenue NW
Albuquerque, NM  87102
Telephone: (505) 200-9454
david@djnmlaw.com

*Attorneys for Leon Hunt, as PR of the*
  *Estate of John Paul O'Neal, et al.*

LAW OFFICES OF DAVID M. HOULISTON

By *Electronically approved 1/8/20*
David M. Houliston, Esq.
7500 Jefferson St NE Ste 106
Albuquerque, NM  87109
Telephone: (505) 247-1223
david@houlistonlaw.com

*Attorneys for D. Maria Schmidt, as PR of*
  *the Estate of John Paul O'Neal*